# *IN THE DISTRICT COURT OF THE UNITED STATES*
## *For the Western District of New York*

|  |  |
|---|---|
|  | **APRIL 2017 GRAND JURY** <br> **(Impaneled 4/28/2017)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| -vs- | Violation: |
| **ISRAEL CEDENO-MARTINEZ** <br> **a/k/a Ponce a/k/a Punta** | 21 U.S.C. § 846 <br><br> (1 Count) |

### COUNT 1

**(Narcotics Conspiracy)**

**The Grand Jury Charges That:**

From in or about 2012 through and including in or about September 2016, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendant, **ISRAEL CEDENO-MARTINEZ a/k/a Ponce a/k/a Punta**, did knowingly, willfully and unlawfully combine, conspire, confederate and agree with Mark Jones Jr. a/k/a Poop, and others, known and unknown to the Grand Jury, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 846.**

DATED: Rochester, New York, August  8  , 2017.

                          JAMES P. KENNEDY, JR.
                          Acting United States Attorney


By:   s/ROBERT A. MARANGOLA
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       100 State Street, Suite 500
       Rochester, New York 14614
       (585) 263-6760, ext. 23980
       Robert.marangola@usdoj.gov

A TRUE BILL:

s/FOREPERSON
FOREPERSON