**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Western _____ District of New York _____

Caption:

United States of America v.

Israel Cedeno-Martinez

Docket No.: 6:17CR06107-001

Honorable Frank P. Geraci

(District Court Judge)

Notice is hereby given that Israel Cedeno-Martinez _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ____, other |  _____

(specify)

entered in this action on November 26, 2018 .

(date)

This appeal concerns: Conviction only |___|  Sentence only |✔|  Conviction & Sentence |___|  Other |___|

Defendant found guilty by plea | ✔ | trial |   | N/A |   .

Offense occurred after November 1, 1987?  Yes |✔|  No |___|  N/A |___|.

Date of sentence: October 22, 2018 _____  N/A |___|

Bail/Jail Disposition: Committed |___|  Not committed |   |  N/A | ✔

Appellant is represented by counsel?  Yes ✔ | No |   |  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Jon P. Getz, Esq. |
| Counsel's Address: | 144 Exchange Boulevard, Suite 400 |
| | Rochester, New York 14614 |
| Counsel's Phone: | (585) 262-5130 |
| Assistant U.S. Attorney: | Robert A. Marangola, Esq. |
| AUSA's Address: | 100 State Street, Suite 500 |
| | Rochester, New York 14614 |
| AUSA's Phone: | (585) 399-3920 |



Signature